# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-1073**  **September Term, 2022**

EPA-87FR34872
EPA-87FR34873
EPA-87FR24294
EPA-87FR24300

Filed On: April 27, 2023 [1996878]

Sinclair Wyoming Refining Company LLC
and Sinclair Casper Refining Company
LLC,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Coalition for Ethanol, et al.,
    Intervenors
------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1124, 22-1128, 22-1129,
22-1130, 22-1131, 22-1132, 22-1133,
22-1134, 22-1135, 22-1165, 22-1178,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1193, 22-1194,
22-1195, 22-1196, 22-1197, 22-1198,
22-1199, 22-1219, 22-1238, 22-1240,
22-1246

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-1073**                                      **September Term, 2022**

**No. 22-1074**                                      **September Term, 2022**

EPA-87FR24294
EPA-87FR34872

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,

    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the above-captioned cases be scheduled for oral argument on the same day and before the same panel.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk