NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 22-1073 (and consolidated case Nos. 22-1075, 22-1100, 22-1102, 22-1109, 22-1114 , 22-1115, 22-1122, 22-1124, 22-1128, 22-1129, 22-1130, 22-1131, 22-1132, 22-1133, 22-1134, 22-1135, 22-1165, 22-1178, 22-1181, 22-1183, 22-1185, 22-1186, 22-1187, 22-1188, 22-1189, 22-1190, 22-1191, 22-1192, 22-1193, 22-1194, 22-1195, 22-1196, 22-1197, 22-1198, 22-1199, 22-1219, 22-1238, 22-1240, & 22-1246)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

SINCLAIR WYOMING REFINING COMPANY LLC; AND SINCLAIR CASPER REFINING COMPANY LLC,
*Petitioners*,
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondent*.

WYNNEWOOD REFINING CO. LLC,
*Petitioner*,
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondent*.

PETITIONS FOR REVIEW OF FINAL ACTIONS OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**NOTICE OF WITHDRAWAL OF COUNSEL PATRICK R. JACOBI**

Please take notice that Patrick R. Jacobi hereby withdraws his appearance as counsel for Respondent United States Environmental Protection Agency ("EPA") in the above-captioned matters. Mr. Jacobi will no longer be employed by the Department of Justice effective July 29, 2023. Bryan Harrison will continue to represent EPA in the above-captioned matters.

|  |  |
|---|---|
| | Respectfully submitted, |
| | s/ *Patrick R. Jacobi* |
| | PATRICK R. JACOBI |
| | U.S. Department of Justice |
| | Environment and Natural Resources Division |
| | Environmental Defense Section |
| | Denver Place Building |
| | 999 18th Street |
| | Suite 370—South Terrace |
| | Denver, CO 80202 |
| | Tel: (303) 844-1348 |
| July 19, 2023 | patrick.r.jacobi@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Notice of Withdrawal of Counsel Patrick R. Jacobi on all registered counsel through the Court's electronic filing system (ECF).

Dated:  July 19, 2023                           s/ *Patrick R. Jacobi*
                                                           PATRICK R. JACOBI