# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

SINCLAIR WYOMING REFINING COMPANY, LLC, *et al.*,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondent.*

---

On Petition for Review of Action
by U.S. Environmental Protection Agency

---

**NOTICE OF WITHDRAWAL OF COUNSEL SETH P. WAXMAN**

---

Please take notice that Seth P. Waxman hereby withdraws his appearance as counsel for Growth Energy in the above-captioned matters. David Lehn will continue to represent Growth Energy.

                                  Respectfully submitted,

                                  /s/ Seth P. Waxman
                                  SETH P. WAXMAN
                                  WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
                                  2100 Pennsylvania Avenue NW
                                  Washington, DC 20037
                                  (202) 663-6000
                                  seth.waxman@wilmerhale.com

August 22, 2023

## CERTIFICATE OF SERVICE

I certify that on August 22, 2023, I filed a copy of this notice using the Court's case management electronic case filing system, which will automatically serve notice of the filing on registered users of that system.

/s/ Seth P. Waxman
SETH P. WAXMAN