# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-1073** | **September Term, 2022** |
| | EPA-87FR34873 |
| | EPA-87FR24300 |
| | **Filed On: August 25, 2023** [2014289] |

Sinclair Wyoming Refining Company LLC and Sinclair Casper Refining Company LLC,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Coalition for Ethanol, et al.,
                      Intervenors

------------------------------

Consolidated with 22-1075, 22-1100, 22-1102, 22-1109, 22-1114, 22-1115, 22-1122, 22-1124, 22-1128, 22-1129, 22-1130, 22-1131, 22-1132, 22-1133, 22-1134, 22-1135, 22-1165, 22-1178, 22-1181, 22-1183, 22-1185, 22-1186, 22-1187, 22-1188, 22-1189, 22-1190, 22-1191, 22-1192, 22-1193, 22-1194, 22-1195, 22-1196, 22-1197, 22-1198, 22-1199, 22-1219, 22-1238, 22-1240, 22-1246

## O R D E R

      Upon consideration of EPA's unopposed motion for extension of time to file brief, it is

      **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-1073**                  **September Term, 2022**

| | |
|---|---:|
| Respondent's Brief | October 11, 2023 |
| Intervenor for Respondent's Brief | November 1, 2023 |
| Petitioners' Reply Brief | December 20, 2023 |
| Deferred Appendix | January 3, 2024 |
| Final Briefs | January 10, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk