# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Sinclair Wyoming Refining Co. LLC, et al.

v.

U.S. Environmental Protection Agency

**Case No:** 22-1073 and consol. cases

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ⦿ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

### Counsel Information

Lead Counsel:

Direct Phone: ( ___ ) _____ Fax: ( ___ ) _____ Email:

2nd Counsel: Jeffrey Hughes

Direct Phone: ( 202 ) 305-4598 Fax: ( 202 ) 514-8865 Email: jeffrey.hughes@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) _____ Fax: ( ___ ) _____ Email:

Firm Name: United States Department of Justice, Environment & Natural Resources Division

Firm Address: P.O. Box 7611, Washington, D.C. 20044-7611

Firm Phone: ( ___ ) _____ Fax: ( ___ ) _____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)