

U.S. Department of Justice

Environment and Natural Resources Division

*Environmental Defense Section*     *Telephone: (202) 307-0930*
*P.O. Box 7611*     *Email: bryan.harrison@usdoj.gov*
*Washington, D.C. 20044-7611*

October 27, 2023

**VIA ELECTRONIC FILING**

Mark Langer, Clerk of Court
United States Court of Appeals, District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

       Re:    *Sinclair Wyoming Refining, et al. v. EPA*, No. 22-1073
               **(and consolidated cases)**

Dear Clerk:

     Pursuant to §§ IX.A.1 & XI.A of this Court's Handbook of Practice and Internal Procedures, I am providing notice that I am not available for oral argument of the above-captioned consolidated cases on March 20-22, 2024 and March 25-26, 2024.

     Please do not hesitate to contact me should you have any questions or need any additional information.

                                           Respectfully submitted,

                                           s/ *Bryan J. Harrison*
                                           Bryan J. Harrison
                                           *Counsel for Respondent EPA*

cc:   Counsel of record, via CM/ECF