# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1073**  **September Term, 2023**

EPA-87FR24300
EPA-87FR34873

**Filed On:** March 21, 2024

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Coalition for Ethanol, et al.,
    Intervenors

------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246

---

**No. 22-1074**

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

-----------------------------

American Petroleum Institute and Kern Oil &
Refining Co.,
        Intervenors

-----------------------------

Consolidated with 22-1125, 22-1126,
22-1127, 22-1179, 24-1008, 24-1010


**BEFORE:** Pillard, Rao, and Pan, Circuit Judges

## O R D E R

Upon consideration of the proposed oral argument formats, it is

**ORDERED** that the following format apply in these cases, which are scheduled for oral argument at 9:30 a.m. on Tuesday, April 16, 2024:

| **No. 22-1073, et al.** | **Time Allotted** | **Counsel** |
| --- | --- | --- |
| *Petitioners* | | |
| EPA compliance with CAA and APA, and eigibility of Company A for hardship relief | 20 minutes | Michael Huston |
| Eligibility of Company B for hardship relief | 5 minutes | Mark DeLaquil |
| *Respondent* | | |
| Prospectiveness of Denial Actions, and EPA's interpretation of CAA | 13 minutes | Jeffrey Hughes |

|  |  |  |
|---|---|---|
| Denial Actions' consistency with CAA, and petitioners' eligibility for hardship relief | 14 minutes | Bryan Harrison |
| *Intervenors* | 3 minutes | Matthew Morrison |
| *Petitioners' Rebuttal* | 5 minutes | Michael Huston |

| **No. 22-1074, et al.** | **Time Allotted** | **Counsel** |
|---|---|---|
| *Petitioner Growth Energy* | | |
| Validity of EPA provision of certain compliance relief | 12 minutes | David Lehn |
| *Respondent* | 12 minutes | Benjamin Grillot |
| *Intervenors* | 3 minutes | Daniel Feith |
| *Growth Energy's Rebuttal* | 3 minutes | David Lehn |
| *Petitioners Sinclair and Wynnewood* | | |
| EPA's treatment of 2018 petitions | 9 minutes | Jeff Holmstead (5 min.) Samuel Hershey (4 min.) |
| RIN-replacement relief entitlement | 2 minutes | Samuel Hershey |
| *Respondent* | 15 minutes | Benjamin Grillot |
| *Sinclair's Rebuttal* | 2 minutes | Jeff Holmstead |
| *Wynnewood's Rebuttal* | 2 minutes | Samuel Hershey |

Argument will be conducted in the order listed. Form 72 should be completed and submitted by April 9, 2024.

**Per Curiam**

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

BY:  /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)