# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1073**      **September Term, 2023**
FILED ON: JULY 26, 2024

SINCLAIR WYOMING REFINING COMPANY LLC AND SINCLAIR CASPER REFINING COMPANY LLC,
    PETITIONERS

v.

ENVIRONMENTAL PROTECTION AGENCY,
    RESPONDENT

AMERICAN COALITION FOR ETHANOL, ET AL.,
    INTERVENORS

---

Consolidated with 22-1075, 22-1100, 22-1102, 22-1109, 22-1114, 22-1115, 22-1122, 22-1128, 22-1129, 22-1130, 22-1132, 22-1133, 22-1135, 22-1165, 22-1181, 22-1183, 22-1185, 22-1186, 22-1187, 22-1188, 22-1189, 22-1190, 22-1191, 22-1192, 22-1194, 22-1195, 22-1197, 22-1199, 22-1219, 22-1238, 22-1240, 22-1246

On Petitions for Review of Final Actions
of the Environmental Protection Agency

---

**No. 22-1074**

SINCLAIR WYOMING REFINING COMPANY LLC,
    PETITIONER

v.

ENVIRONMENTAL PROTECTION AGENCY,
    RESPONDENT

AMERICAN PETROLEUM INSTITUTE AND KERN OIL & REFINING CO.,
    INTERVENORS

---

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179, 24-1008, 24-1010

On Petitions for Review of Final Actions
of the Environmental Protection Agency

---

Before: PILLARD, RAO and PAN, *Circuit Judges*

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

No. 22-1073　　　　　　　　　　　　　　　　September Term, 2023
No. 22-1074

**J U D G M E N T**

These causes came to be heard on the petitions for review of final actions of the Environmental Protection Agency and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that, in accordance with the opinion of the court filed herein this date, the petitions of Company A and Company B be denied, but otherwise the petitions for review in No. 22-1073 be granted, the Denial Actions be vacated, and the cases be remanded to EPA for further proceedings; and, with respect to the petitions in No. 22-1074, Growth Energy's and Wynnewood's petitions be dismissed and Sinclair's petition be denied.

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: July 26, 2024

Opinion Per Curiam