# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1073**  **September Term, 2023**

EPA-87FR24300
EPA-87FR34873

**Filed On:** July 26, 2024

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Coalition for Ethanol, et al.,
        Intervenors

------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246


**No. 22-1074**  **September Term, 2023**

EPA-87FR24294
EPA-87FR34872

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

**No. 22-1073**                                                     **September Term, 2023**
**No. 22-1074**

Environmental Protection Agency,

        Respondent

------------------------------

American Petroleum Institute and Kern Oil &
Refining Co.,
        Intervenors

------------------------------

Consolidated with 22-1125, 22-1126,
22-1127, 22-1179, 24-1008, 24-1010

      **BEFORE:**    Pillard, Rao, and Pan, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties show cause, by August 5, 2024, why the opinion in these cases, issued under seal on July 26, 2024, should not be unsealed. In the event the parties conclude that any portion of the opinion should remain under seal, the parties are directed to confer and thereafter identify the proposed redactions and provide an explanation for each proposed redaction. The parties are strongly encouraged to submit a joint response. The response(s), which may be filed under seal, if necessary, may not exceed 2,600 words.

**Per Curiam**

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk