# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1073**                             **September Term, 2023**

EPA-87FR34873
EPA-87FR24300

**Filed On: July 26, 2024** [2066678]

Sinclair Wyoming Refining Company LLC
and Sinclair Casper Refining Company LLC,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

------------------------------

American Coalition for Ethanol, et al.,
               Intervenors
------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246

## O R D E R

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                        BY:    /s/
                                                  Daniel J. Reidy
                                                  Deputy Clerk