# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1073**                                    **September Term, 2023**

**EPA-87FR24300**
**EPA-87FR34873**

**Filed On:** August 14, 2024

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

     Petitioners

    v.

Environmental Protection Agency,

     Respondent

------------------------------

American Coalition for Ethanol, et al.,
     Intervenors
------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246

**No. 22-1074**                                    **September Term, 2023**

**EPA-87FR24294**
**EPA-87FR34872**

Sinclair Wyoming Refining Company LLC,

     Petitioner

    v.

Environmental Protection Agency,

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-1073**                                    **September Term, 2023**
**No. 22-1074**

                    Respondent

-------------------------------

American Petroleum Institute and Kern Oil &
Refining Co.,
                    Intervenors

-------------------------------

Consolidated with 22-1125, 22-1126,
22-1127, 22-1179, 24-1008, 24-1010


          **BEFORE:**    Pillard, Rao, and Pan, Circuit Judges

## O R D E R

          Upon consideration of the court's order to show cause why the opinion filed under seal on July 26, 2024, should not be unsealed, and the responses thereto, it is

          **ORDERED** that the order to show cause be discharged. It is

          **FURTHER ORDERED** that the opinion filed under seal on July 26, 2024, be amended to remove the information identified for redaction in the corrected sealed joint response filed in No. 22-1073 and released publicly.

          The Clerk is directed to docket the amended opinion and release it publicly.


                              **Per Curiam**


                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                              BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk