# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1073**  **September Term, 2023**

EPA-87FR24300
EPA-87FR34873

**Filed On:** August 28, 2024

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Coalition for Ethanol, et al.,
    Intervenors

------------------------------

Consolidated with 22-1075, 22-1100,
22-1102, 22-1109, 22-1114, 22-1115,
22-1122, 22-1128, 22-1129, 22-1130,
22-1132, 22-1133, 22-1135, 22-1165,
22-1181, 22-1183, 22-1185, 22-1186,
22-1187, 22-1188, 22-1189, 22-1190,
22-1191, 22-1192, 22-1194, 22-1195,
22-1197, 22-1199, 22-1219, 22-1238,
22-1240, 22-1246

**O R D E R**

Upon consideration of the petitioners' sealed joint bill of costs, it is

**ORDERED** that petitioners' request for costs be granted. Costs are awarded to the petitioners in the amount of $44,025.62 and taxed against respondent.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk