# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 22-1073 | September Term, 2024 |
| | EPA-87FR24300 |
| | Filed On: September 12, 2024 |

Sinclair Wyoming Refining Company LLC and
Sinclair Casper Refining Company LLC,

    Petitioners

  v.

Environmental Protection Agency,

    Respondent

------------------------------

American Coalition for Ethanol, et al.,
    Intervenors

------------------------------

Consolidated with 22-1075, 22-1100, 22-1102,
22-1109, 22-1114, 22-1115, 22-1122,
22-1128, 22-1129, 22-1130, 22-1132,
22-1133, 22-1135, 22-1165, 22-1181,
22-1183, 22-1185, 22-1186, 22-1187,
22-1188, 22-1189, 22-1190, 22-1191,
22-1192, 22-1194, 22-1195, 22-1197,
22-1199, 22-1219, 22-1238, 22-1240, 22-1246

    **BEFORE:**   Pillard, Rao, and Pan, Circuit Judges

### O R D E R

    Upon consideration of intervenor for respondent Growth Energy's petition for panel rehearing filed on September 9, 2024, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                  BY:   /s/
                           Daniel J. Reidy
                           Deputy Clerk